UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOSCHE INDUSTRIES, INC., a California Corporation<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>KANEX a California Corporation<br><br>　　　　Defendant/Counterclaim Plaintiff. | Case No. 8:16-cv-00758-BRO-AFM<br><br>Honorable Judge Beverly Reid O'Connell<br><br>**ORDER GRANTING JOINT VOLUNTARY DISMISSAL WITH PREJUDICE** |

HAVING CONSIDERED THE PARTIES JOINT VOLUNTARY DISMISSAL AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERD THAT:

    1.    This action is hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(1) with each party bearing its own attorneys' fees and costs and

    2.    The Clerk of the Court is directed to close this matter in accordance with this order of Dismissal.

IT IS SO ORDERED.

DATED: April 20, 2017

By: *[signature]*
Honorable Beverly R. O'Connell
United States District Court Judge